IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

KIMBERLY ANN SIMMONS, DECEASED,
BY AND THROUGH DAVID MICHAEL NELSON, JR.,
AS REPRESENTATIVE OF THE ESTATE OF
KIMBERLY ANN SIMMONS AND THE
WRONGFUL DEATH BENEFICIARIES
OF KIMBERLY ANN SIMMONS                                                     PLAINTIFFS

v.                                                                    Civil No. 1:13CV1-HSO-RHW

J. NAOMI SANDOR, D.O., NEW BEGINNINGS
FAMILY MEDICAL PRACTICE, PLLC
and JOHN DOES 1-5                                                           DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 13th day of May, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE